**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| AARON SINGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 1.25-cv-00870-JPH-MKK |
| | ) | |
| INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT (IMPD), E-125 - -YOUMANS IMPD Officer, E124 – SHAFFER IMPD Officer, E190 – MARTIN IMPD Officer, E290 - - ROBERTSON-COLLINS IMPD Officer, | ) | |
| DEFENDANTS. | | |

## MOTION TO DISMISS

Defendants move this Court to dismiss Plaintiff's Complaint [Dkt. 21] pursuant to Federal Rule of Civil Procedure 12(B)(6) and 12(B)(1) and for all other just and appropriate relief. In support thereof, Defendants state as follows:

1. Plaintiff's Amended Complaint fails to plead facts with sufficient clarity or particularity such that a response is possible, in violation of Federal Rule of Civil Procedure 8, and so his Amended Complaint should be dismissed.
2. All claims against IMPD must be dismissed, as they are not an entity which may be sued.

3. Plaintiff has failed to state a claim for which relief may be granted for his federal law claims:
   - Plaintiff has failed to state a claim under 42 U.S.C. section 1983 for violations of the first or fourteenth amendment due process rights.
   - Plaintiff may not bring a RICO claim against a municipality or its employees in their official capacities.
   - Plaintiff's *Monell* claim must be dismissed, as he has not identified a municipal entity capable of being sued.
4. Plaintiff's claims under state law must be dismissed for the following reasons:
   a. He has failed to comply with the Indiana Tort Claims Act.
   b. Mr. Singer relies solely upon criminal statutes, none of which have a private right of action.

For the reasons stated above, Defendants request that Plaintiff's Complaint be dismissed and for all other just and appropriate relief.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Brian Coppinger*
Michael Brian Coppinger (36179-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968

Brian.Coppinger@indy.gov

**CERTIFICATE OF SERVICE**

I certify that on this Monday, November 10, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by

operation of the Court's electronic filing system. I further certify that the following Pro-Se plaintiff was served via United States Mail at the following address:

**AARON MR. SINGER** 2885 Sanford Ave SW #44354
Grandville, MI 49418

Respectfully submitted,
OFFICE OF CORPORATION COUNSEL

*/s/ Brian Coppinger*
Michael Brian Coppinger (36179-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
Brian.Coppinger@indy.gov